THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEFF GRUVER,<br><br>                    Plaintiff,<br><br>        v.<br><br>LESMAN FISHERIES INC., BOB LESMAN;<br>and F/V SUNSET CHARGE, Official<br>Number 534685, *in rem*,<br><br>                    Defendants. | AT LAW AND IN ADMIRALTY<br><br>Case No. C04-5428 RJB<br><br>STIPULATED RESOLUTION AND<br>ORDER DISMISSING ALL WAGE<br>CLAIMS |

      In this matter, plaintiff Jeff Gruver alleges against the corporate, individual, and *in rem* defendants a claim for crew wages.  His complaint, in original form, stated a claim pursuant to federal law for wages due and owing based upon defendants' failure to have in place a written contact of employment in compliance with federal law.  By amended complaint, plaintiff added a claim for penalties, attorneys' fees, and all other forms of remedies available to him pursuant to Washington State law.  As a consequence of his complaint and amended complaint, plaintiff in this matter made claims against defendants for any and all wages claims available to him, on any theoretical basis, pursuant to federal and state law.

STIPULATED RESOLUTION AND ORDER
DISMISSING ALL WAGE CLAIMS - 1
Case No. C04-5428 RJB

Defendant disputes numerous of plaintiff's claims.  However, in the interest of resolving all claims asserted by plaintiff against defendants, defendants have agreed to pay, and plaintiff has agreed to accept, the total sum of $700 in full and final satisfaction of any and all claims plaintiff has, or could have asserted against any defendant for any form of wage claim whatsoever, whether originating under federal or state law, in any way arising out of his employment with any defendant aboard the SUNSET CHARGE.

Accordingly, the parties hereby stipulate and agree that all claims asserted by plaintiff against defendants for wages or any remedies for failure to pay wages are now satisfied in full and can be dismissed with prejudice.

DATED this 17th day of June, 2005.

HOLMES WEDDLE & BARCOTT

s/Philip Sanford
Philip W. Sanford, WSBA #18593
Attorney for Defendants
999 Third Avenue, Suite 2600
Seattle, WA 98104
(206) 292-8008

s/John Merriam
John Merriam, WSBA #12749
Attorney for Plaintiff
John W. Merriam
The West Wall Building
Fishermen's Terminal
4005 20th Avenue West, Suite 110
Seattle, WA  98199
(206) 729-5252

## ORDER

IT IS SO ORDERED. All claims asserted by plaintiff for wages claims are hereby dismissed with prejudice.

DATED this 20th day of June, 2005

*/s/ Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge

STIPULATED RESOLUTION AND ORDER
DISMISSING ALL WAGE CLAIMS - 3
Case No. C04-5428 RJB